JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIE RIDER,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JEANNIE FULLER et al.,<br><br>　　　　　　　Defendants. | Case No. 2:22-cv-02913-SB-AFM<br><br>**JUDGMENT** |

Pursuant to the Court's Order accepting the findings and the recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Second Amended Complaint is dismissed for lack of jurisdiction without prejudice.

DATED:  October 20, 2022

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE